*L. M. Berkeley* for appellants.

*Horace E. Deming* for Everett P. Wheeler, respondent.

*Alexander S. Lyman, Ira A. Place* and *William Greenough* for New York and Harlem Railroad Company et al., respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not sitting: GRAY, J.

---

JOHN HATTEN, Respondent, *v.* HYDE-MCFARLIN COMPANY, Appellant.

*Hatten* v. *Hyde-McFarlin Co.*, 137 App. Div. 932, affirmed.
(Argued October 17, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 12, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Clinton B. Gibbs* for appellant.

*Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.

---

WILLIAM HECHT, Respondent, *v.* A. G. HYDE & SONS, Appellant.

*Hecht* v. *Hyde & Sons*, 139 App. Div. 902, affirmed.
(Argued October 17, 1911; decided October 31, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,